IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HANAN F. ALSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-15-1228-W |
| | ) | |
| CROSSROADS HOSPICE OF | ) | |
| OKLAHOMA CITY, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having been advised that this matter has settled, the Court ORDERS the Clerk of the Court to administratively terminate this action in her records without prejudice to the rights of the plaintiff to reopen the proceedings for good cause shown for the entry of any stipulation or order or for any other purpose required to obtain a final determination of the litigation.

If the plaintiff has not moved to reopen this matter within 90 days of this date or moved to extend the administrative closure prior to the expiration of this 90-day period, all claims and causes of action asserted in this case shall be deemed dismissed with prejudice.

ENTERED this 4th day of January, 2016.

LEE R. WEST
UNITED STATES DISTRICT JUDGE