IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. HANAN F. ALSOURI,<br><br>    Plaintiff,<br><br>v.<br><br>1. CROSSROADS HOSPICE OF<br>OKLAHOMA CITY, L.L.C.,<br><br>    Defendant. | CASE NO. CIV-15-1228-W |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Hanan Alsouri ("Plaintiff"), and Defendant, Crossroads Hospice of Oklahoma City, LLC ("Defendant") (jointly referred to as "the Parties"), and jointly request that this Court grant the Parties' request to have this case dismissed with prejudice. In further support, Plaintiff and Defendant agree as follows:

1. By filing jointly, Defendant does not object to Plaintiff's dismissal with prejudice.

2. The Parties have jointly reached a resolution to this case and the Plaintiff does not wish to pursue this action or any other action against the Defendant arising prior to the filing of this dismissal.

Dated this 11th day of January, 2016.

**READ AND APPROVED BY:**


*s/Jon J. Gores*\*
Robert J. Wagner, OBA #16902
Jon J. Gores, OBA #31068
WAGNER & WAGNER, P.C.
4401 North Classen Blvd. #100
Oklahoma City, OK 73118-5038
*jjg@wagnerfirm.com*

**ATTORNEY FOR PLAINTIFF**


*s/Michael J. Lissau*
Michael J. Lissau, OBA #18098
**HALL, ESTILL, HARDWICK, GABLE,
 GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
Telephone: (918) 594-0400
 Facsimile: (918) 594-0505
 Email: mlissau@hallestill.com

**ATTORNEY FOR DEFENDANT,
CROSSROADS HOSPICE OF
OKLAHOMA CITY, LLC**


\* Signed by filing attorney with permission from opposing counsel.